# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

Marilyn Kelly,
Chief Justice

139275

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                        SC: 139275
                                        COA: 290001

JAMES EDWARD KENDALL,
          Defendant-Appellant.
                                        Calhoun CC: 2008-000120-FH

_____/

      On order of the Court, the application for leave to appeal the June 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009                         _____

p1021                                           Clerk